IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DONALD R. KITHCART**                                           **PLAINTIFF**

V.                  **CASE NO. 1:16-CV-00067 BD**

**NANCY A. BERRYHILL, Acting Commissioner**
**Social Security Administration**                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 21st day of April, 2017.

                                                    UNITED STATES MAGISTRATE JUDGE